NUMBER
13-06-066-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

__________________________________________________________________

 

JAMES AND SONYA
BAKER,                                                       Appellants,

 

                                                             v.

 

SANTA GERTRUDIS
MEMORIAL CEMETERY D/B/A SANTA 

GERTRUDIS
MEMORIAL CEMETERY, INC., ET AL.,                    Appellees.

__________________________________________________________________

 

                             On
appeal from the 105th District Court

                                        of
Kleberg County, Texas.

__________________________________________________________________

 

                               MEMORANDUM
OPINION

 

        Before
Chief Justice Valdez and Justices Rodriguez and Garza

                                 Memorandum
Opinion Per Curiam

 








Appellants, JAMES AND SONYA BAKER, perfected an appeal from a judgment entered
by the 105th District Court of Kleberg County,
Texas, in cause number 01-698-D.  No clerk=s record has been filed due to appellants= failure to pay or make arrangements to pay the
clerk=s fee for preparing the clerk=s record.  

If the trial
court clerk fails to file the clerk=s record because the appellant failed to pay or make
arrangements to pay the clerk=s fee for preparing the clerk=s record, the appellate court may dismiss the appeal
for want of prosecution unless the appellant was entitled to proceed without
payment of costs.  Tex. R. App. P. 37.3(b).

On May
25, 2006, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 37.3(b).  Appellants were given ten days to explain why
the cause should not be dismissed.  To
date, no response has been received from appellants. 

The Court, having
examined and fully considered the documents on file, appellants= failure to pay or make arrangements to pay the
clerk=s fee for preparing the clerk=s record, 
this Court=s notice, and appellants= failure to respond, is of the opinion that the
appeal should be dismissed for want of prosecution. The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and filed

this the 20th day of
July, 2006.